**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: DAVID J KING § Case No.: 08-30420
§
§
Debtor(s) §

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/07/2008.

2) The case was confirmed on 02/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/01/2009.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 9

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 3,897.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,775.89 |
| Less amount refunded to debtor | $ 118.39 |
| **NET RECEIPTS** | $ 3,657.50 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 993.27 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 263.34 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,256.61 |
| Attorney fees paid and disclosed by debtor | $ 1,756.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NUVELL CREDIT CO LLC | UNSECURED | 1,327.00 | 1,355.79 | 1,355.79 | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 434.26 | 434.26 | 434.26 | .00 | .00 |
| TOYOTA MOTOR CREDIT | SECURED | 7,525.00 | 12,726.51 | 10,950.00 | 2,351.28 | 49.61 |
| TOYOTA MOTOR CREDIT | UNSECURED | 7,969.00 | 2,324.85 | 4,101.36 | .00 | .00 |
| ACCOUNT RECOVERY SER | OTHER | .00 | NA | NA | .00 | .00 |
| ACCOUNTS RECEIVABLE | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 134.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | UNSECURED | 100.09 | NA | NA | .00 | .00 |
| ASSOCIATED PATHOLOGY | UNSECURED | 46.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 77.00 | 77.92 | 77.92 | .00 | .00 |
| BALLYS HEALTH CLUB | UNSECURED | 324.08 | NA | NA | .00 | .00 |
| BANK CARD SVC | OTHER | .00 | NA | NA | .00 | .00 |
| BMG MUSIC | UNSECURED | 41.61 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 2,566.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 117.69 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 925.00 | 924.71 | 924.71 | .00 | .00 |
| DIRECTV | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| ELMHURST MEMORIAL HO | UNSECURED | 2,256.50 | NA | NA | .00 | .00 |
| ENCORE RECEIVABLE MA | OTHER | .00 | NA | NA | .00 | .00 |
| ERSI | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FARMERS INSURANCE | UNSECURED | 445.27 | NA | NA | .00 | .00 |
| FIRST PREMIER | UNSECURED | 534.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 455.90 | 455.90 | 455.90 | .00 | .00 |
| FIRST REVENUE ASSURA | OTHER | .00 | NA | NA | .00 | .00 |
| FMS SERVICES | OTHER | .00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SO | OTHER | .00 | NA | NA | .00 | .00 |
| HECHS | UNSECURED | 462.35 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2,125.70 | 1,539.88 | 1,539.88 | .00 | .00 |
| HOUSEHOLD BANK VISA | UNSECURED | 1,924.85 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,296.32 | 1,296.32 | 1,296.32 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 1,560.20 | NA | NA | .00 | .00 |
| HOUSEHOLD CARD | UNSECURED | 2,143.00 | NA | NA | .00 | .00 |
| I C COLLECTION SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | 1,179.75 | NA | NA | .00 | .00 |
| M&M ORTHOPAEDIS | UNSECURED | 85.70 | NA | NA | .00 | .00 |
| M&M ORTHOPAEDICS | OTHER | .00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 100.25 | NA | NA | .00 | .00 |
| MEDICAR | UNSECURED | 980.00 | NA | NA | .00 | .00 |
| NCC | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL GROUP | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 85.90 | NA | NA | .00 | .00 |
| OAK LAWN RADIOLOGIST | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| PROGRESSIV MANAGEMEN | UNSECURED | 2,838.57 | NA | NA | .00 | .00 |
| REGIONAL ADJUSTMENT | OTHER | .00 | NA | NA | .00 | .00 |
| RISK MANAGEMENT ALTE | OTHER | .00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 77.92 | NA | NA | .00 | .00 |
| SEARS | UNSECURED | 197.14 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS | UNSECURED | 68.06 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 458.00 | 457.70 | 457.70 | .00 | .00 |
| Z TEL COMMUNICATIONS | UNSECURED | 115.41 | NA | NA | .00 | .00 |
| AGNES STINSON | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 14,000.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | NA | 325.24 | 325.24 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NA | 10,678.05 | 10,678.05 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,950.00 | 2,351.28 | 49.61 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,950.00 | 2,351.28 | 49.61 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 21,647.13 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,256.61 |
| Disbursements to Creditors | $ | 2,400.89 |
| **TOTAL DISBURSEMENTS:** | $ | 3,657.50 |

12)　The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:　07/27/2009　　　　　　　　　　　　/s/ Tom Vaughn_____
　　　　　　　　　　　　　　　　　　　　　　Tom Vaughn, Chapter 13 Trustee

**STATEMENT**　: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**